**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHARLES G. MULLIGAN,

Plaintiff,

v.

WHIRLPOOL CORPORATION,

Defendant.

Case No. 1:23-cv-01238

Hon. Jane M. Beckering

---

Noah S. Hurwitz (P74063)
Kara F. Krause (P85487)
HURWITZ LAW PLLC
*Attorneys for Plaintiff*
340 Beakes St. STE 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com
kara@hurwitzlaw.com

Andrew L. Scroggins
Christina Jaremus
SEYFARTH SHAW LLP
*Attorneys for Defendant*
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5000
ascroggins@seyfarth.com
cjaremus@seyfarth.com

Dawn Solowey
SEYFARTH SHAW LLP
*Attorneys for Defendant*
Seaport East, Suite 1200
Two Seaport Lane
Boston, Massachusetts 02210-2028
(617) 946-4985
dsolowey@seyfarth.com

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties, Plaintiff Charles G. Mulligan and Defendant Whirlpool Corporation, the above-captioned matter is DISMISSED WITH PREJUDICE. This order disposes of all claims and closes the case.

**IT IS SO ORDERED.**

Date: December 16, 2024

/s/ Jane M. Beckering
Honorable Jane M. Beckering
United States District Judge

Stipulated to, and respectfully submitted, by:

/s/ *Noah S. Hurwitz*
Noah S. Hurwitz (P74063)
Hurwitz Law PLLC
340 Beakes St., Ste. 125
Ann Arbor, MI 48104
*Attorneys for Plaintiff*

/s/ *Andrew L. Scroggins* (w/ permission)
Andrew L. Scroggins
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
*Attorneys for Defendant*